**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor. | SIPA LIQUIDATION<br><br>Index No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>    - against -<br><br>COHMAD SECURITIES CORPORATION, et al.,<br><br>                    Defendants. | Adv. Pro. No. 09-01305 (BRL) |

**NOTICE OF DEFENDANT ROBERT M. JAFFE'S MOTION JOINING IN SUPPORT OF COHMAD SECURITIES CORPORATION'S MOTION PURSUANT TO 28 U.S.C. § 157(d) TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that upon his Memorandum of Law filed August 21, 2009, Cohmad Security Corporation's Notice of Motion and Memorandum of Law in support thereof filed on August 17, 2009, as well as all prior proceedings and filings in this matter, Defendant Robert M. Jaffe, through his attorneys, Arkin Kaplan Rice LLP, will move this Court, before the Honorable Louis L. Stanton, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, at a time to be determined by the Court, for entry of an order pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure and Rule 5011-1 of the Local Bankruptcy Rules for the Southern District of New York, directing withdrawal of the

reference to the United States Bankruptcy Court for the Southern District of New York of the above-captioned adversary proceeding solely with respect to Defendant Jaffe (the "Motion").

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 1.6(a), Mr. Jaffe believes this matter to be related to *Securities and Exchange Commission v. Cohmad, et al.*, 09 CV 5680 (LLS).

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion shall be scheduled for a date and time to be determined by the Court only in the event that there are timely filed objections to the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules for the Southern District of New York, any opposing memoranda must be served within 10 business days of service.

Dated: New York, NY
       August 21, 2009

                                        ARKIN KAPLAN RICE LLP

                                        By: */s/ Stanley S. Arkin*
                                              Stanley S. Arkin (# 1373)
                                              Howard J. Kaplan (# 4492)
                                              Peter B. Pope (# 4626)
                                              David M. Pohl (# 8609)
                                        590 Madison Avenue
                                        New York, NY  10022
                                        (212) 333-0200

                                        *Attorneys for Defendant Robert M. Jaffe*