# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
                Plaintiff,

-against-

COHMAD SECURITIES CORPORATION,
MAURICE J. COHN and MARCIA B. COHN,
                Defendants.
-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
                Plaintiff,

-against-

ROBERT M. JAFFE,
                Defendant.
-----------------------------------------------------------X

**09 CIVIL** 7275 (LLS)

**JUDGMENT**

**09 CIVIL** 7655 (LLS)

Whereas the above-captioned cases having come before this Court, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on December 9, 2009, having rendered its Opinion and Order denying the motion to withdraw the reference of the claims against Cohmad, Maurice and Marcia Cohn, and Jaffe, and directing the parties to notify the Honorable Burton R. Lifland forthwith, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 9, 2009, the motion to withdraw the reference of the claims against Cohmad, Maurice and Marcia Cohn, and Jaffe is denied, and the Court directs the parties to notify the Honorable Burton R. Lifland forthwith; accordingly, Civil Action Numbers 09 Civ. 7275 (LLS) and 09 Civ. 7655 (LLS) is closed.

Dated: New York, New York
December 11, 2009

J. MICHAEL McMAHON
_____
**Clerk of Court**
BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____